IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CITY OF BELLEVUE, NEBRASKA,   )
                              )
          Plaintiff,          )        8:06CV635
                              )
     v.                       )
                              )
OFFUTT AFB AMERICA FIRST      )           ORDER
COMMUNITIES, LLC,             )
                              )
          Defendant.          )
_____)
```

This matter is before the Court on defendant's motion for enlargement of time (Filing No. 12); and on plaintiff's motion for enlargement of time (Filing No. 13). Accordingly,

IT IS ORDERED:

1) Defendant's motion for enlargement of time is granted. If the Court denies its motion to dismiss, defendant shall have twenty (20) days after the Court rules on said motion to file its opposition to plaintiff's application for preliminary injunction.

2) Plaintiff's motion for enlargement of time to respond to defendant's motion to dismiss is granted. Plaintiff

shall have until November 30, 2006, to respond to defendant's motion to dismiss.

DATED this 15th day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court