IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CITY OF BELLEVUE, NEBRASKA,  )
                             )
          Plaintiff,         )         8:06CV635
                             )
     v.                      )
                             )
OFFUTT AFB AMERICA FIRST     )         ORDER
COMMUNITIES, LLC,            )
                             )
          Defendant.         )
_____)
```

This matter is before the Court on the stipulation of the parties for extension of time to file reply brief (Filing No. 16). The Court finds said extension should be granted. Accordingly,

IT IS ORDERED that America First shall have until December 29, 2006, in which to file its reply brief in support of its motion to dismiss.

DATED this 11th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court