IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CITY OF BELLEVUE, NEBRASKA, ) | | |
| ) | | |
| Plaintiff, ) | | 8:06CV635 |
| ) | | |
| v. ) | | |
| ) | | |
| OFFUTT AFB AMERICA FIRST ) | | ORDER |
| COMMUNITIES, LLC, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

      This matter is before the Court on the stipulation and notice of dismissal without prejudice (Filing No. 18).  The Court finds the stipulation should be approved.  Accordingly,

      IT IS ORDERED that the stipulation of the parties is approved; this action is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

      DATED this 3rd day of January, 2007.

      BY THE COURT:

      /s/ Lyle E. Strom
      _____
      LYLE E. STROM, Senior Judge
      United States District Court